UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF REC BOATS, LLC ET AL** | **CIVIL ACTION** |
| | NO: 26-0272 |
| | SECTION: C (2) |

### ORDER

Considering the Motion for Temporary Dispensation of Requirement to Post Security filed on February 5, 2026 (Rec. Doc. 3):

IT IS ORDERED that the motion is GRANTED. REC Marine Logistics, LLC and REC BOATS, LLC shall post the security required by 46 U.S.C. § 30529(b) and Rule F(1) of the Supplemental Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims by **March 9, 2026**.

New Orleans, Louisiana this __11th__ day of February 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE